Form 3A
(10/05)

# United States Bankruptcy Court
_____ District Of ____Illinois____

In re ADAMS, SCOTT, SARA ,
_____Debtor_____

Case No. 07-15680

Chapter 13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 274 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 100   Check one  ☒ With the filing of the petition, or
                      ☐ On or before _____

   $ 175   on or before 9/15/07

   $ ____  on or before _____

   $ ____  on or before _____

   FILED
   UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF ILLINOIS
   AUG 29 2007
   KENNETH S. GARDNER, CLERK
   PS REP. - SJ

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _____
Signature of Attorney   Date

_____
Name of Attorney

_[signature]_  8/29
Signature of Debtor   Date
(In a joint case, both spouses must sign.)

Sara Adams  8/29
Signature of Joint Debtor (if any)   Date