```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15680
   SCOTT C ADAMS
   SARA L ADAMS                                 CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-3279      SSN XXX-XX-9967

-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 08/29/07 .

   2. The case was dismissed without confirmation, 10/26/2007.

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                             PAID         PAID
-----------------------------------------------------------------------------
WELLS FARGO HOME MTGE    NOTICE ONLY     NOT FILED             .00          .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00         .00         .00         .00
PRINCIPAL PAID         .00        .00         .00         .00         .00
INTEREST PAID          .00        .00         .00         .00         .00
TOTAL PAID             .00        .00         .00         .00         .00
The Debtor's attorney, PRO SE DEBTOR                , was allowed $      .00
and was paid $       .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .




    Dated: 01/14/08             /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 07 B 15680 SCOTT C ADAMS & SARA L ADAMS
```